EDWARD C. PERRY v. CHICAGO GREAT WESTERN
RAILROAD COMPANY.[1]

June 23, 1922.

No. 22,844.

**Master and servant—hernia—verdict not excessive.**
    A verdict iof $3,366 for inguinal hernia, though the evidence tended
to show that an operation would effect a cure, *held,* under the cir-
cumstances stated in the opinion, not excessive.

Action in the district court for Dakota county to recover $10,000
for personal injuries while in the employ of defendant. The case
was tried before Converse, J., and a jury which returned a verdict
for $3,366. From an order denying its motion for a new trial, de-
fendant appealed. Affirmed.
    *Briggs, Weyl & Briggs,* for appellant.
    *John J. Keefe,* for respondent.

DIBELL, J.
Plaintiff while in the employ of the defendant suffered an inguinal
hernia and recovered a verdict of $3,366. The only question is
whether it is excessive.
    There was evidence at the trial that an operation would likely be
effective and that a cure would result within a few months. The
operation was an abdominal one which has an element of risk or of
unsatisfactory result. No issue was made at the trial or submitted
to the jury whether an operation would safely remove his trouble, or
whether it was his reasonable duty to submit to an operation. Noth-
ing was submitted to the jury, aside from the question of liability,
except the amount of damages which should be awarded for the
injury. Following and applying Maroney v. Minneapolis & St. L.
R. Co. 123 Minn. 480, 144 N. W. 149, 49 L. R. A. (N. S.) 756, and in

[1]Reported in 188 N. W. 1002.

any possible view of the case, the damages are not excessive. They are conservative.

Order affirmed.